AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Randolph, Arthur R. | **2. Court or Organization**<br><br>U.S. Court of Appeals/D.C. Cir | **3. Date of Report**<br><br>8/8/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge - senior status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐  Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Court of Appeals/D.C. Cir
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Distinguished Adjunct Professor of Law | George Mason University of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 3/25/11 | University of Oklahoma - teaching | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Pillsbury, Winthrop, Shaw, Pittman |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Benjamin N. Cardozo School of Law | 3/12/11 - 3/13/11 | New York, New York | BMI Moot Court Finals | transportation and meals |
| 2. | University of Oklahoma | 3/24/11 - 3/26/11 | Norman, Oklahoma | Habeas Corpus Symposium | transportation and meals |
| 3. | University of Washington School of Law | 5/11/11 - 5/13/11 | Seattle, Washington | Shefelman Visiting Jurist-in-Residence Program | transportation and meals |
| 4. | Drexel University | 11/11/11 | Philadelphia, Pennsylvania | Board of Advisors' Meeting | transportation and meal |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 8/8/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 8/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401(K) - Fidelity Adv. Growth | A | Dividend | J | T | | | | | |
| 2. Money Market at Smith Barney | A | Interest | L | T | | | | | |
| 3. 401(K) - World Bond Fund - American Funds | A | Dividend | K | T | | | | | |
| 4. 401(K) - Pimco Real | B | Dividend | J | T | | | | | |
| 5. 401(K) - Pimco High Income | A | Dividend | J | T | | | | | |
| 6. 401(K) - Dur. Inc. Fund - Eaton Vance | B | Dividend | K | T | | | | | |
| 7. 401(K) - Pimco Real Ret. | A | Dividend | K | T | | | | | |
| 8. Pillsbury Retirement Savings Plan | A | Dividend | M | T | | | | | |
| 9. ML & Co. Str. ACC - Am Cap. | A | Dividend | K | T | | | | | |
| 10. Blackrock Gov't & Cap. | A | Dividend | L | T | | | | | |
| 11. Citibank - Savings | C | Interest | K | T | | | | | |
| 12. 401(K) - U.S. Gov't - American | A | Dividend | J | T | | | | | |
| 13. 401(K) - Short T. Bond - American | A | Dividend | K | T | Sold (part) | 01/26/11 | J | A | |
| 14. 401(K) - Short T. Bond - American | A | Dividend | | | Sold (part) | 04/21/11 | J | A | |
| 15. 401(K) - Eaton Vance - Floating | A | Dividend | J | T | | | | | |
| 16. 401(K) Fidelity - Floating | A | Dividend | J | T | | | | | |
| 17. 401(K) - Bond Fund - John H. Inv. | A | Dividend | | | Sold | 01/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 8/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 401(K) - Gov't Goldman Sachs | A | Dividend | J | T | Sold (part) | 04/27/11 | J | B | |
| 19. 401(K) - Adv. Fidelity Int | A | Dividend | J | T | | | | | |
| 20. Mutual Fund - NATX- IRA | A | Dividend | L | T | Buy | 11/15/11 | J | | |
| 21. Mutual Fund - First Eagle - IRA | A | Dividend | L | T | Buy | 03/01/11 | K | | |
| 22. Mutual Fund - Calamos Conv - IRA | A | Dividend | K | T | | | | | |
| 23. Mutual Fund - Ivy Asset - IRA | A | Dividend | L | T | Buy | 03/1/11 | L | | |
| 24. Mutual Fund - Am Century Bond - IRA | A | Dividend | K | T | | | | | |
| 25. Mutual Fund - Eaton Emerge - IRA | A | Dividend | K | T | | | | | |
| 26. Mutual Fund - JP Tax Free - JT | A | Dividend | K | T | | | | | |
| 27. Mutual Fund - Sun Am - A | A | Dividend | | | Sold | 09/27/11 | J | A | |
| 28. Mutual Fund - Eaton Global - A | A | Dividend | | | Sold | 09/14/11 | L | A | |
| 29. Mutual Fund - Franklin TOT. - A | A | Dividend | K | T | | | | | |
| 30. Mutual Fund - Putnam | A | Dividend | K | T | | | | | |
| 31. Mutual Fund - Sun Am Senior | A | Dividend | K | T | | | | | |
| 32. Mutual Fund - Eaton Emerge | A | Dividend | K | T | | | | | |
| 33. Mutual Fund - Temp. Global | A | Dividend | L | T | Buy | 05/04/11 | J | | |
| 34. Mutual Fund - Eaton Tax Adv | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 401(K) Mutual Fund - ClearBridge | A | Dividend | K | T | | | | | |
| 36. 401(K) - Tortoise MLP | A | Dividend | J | T | | | | | |
| 37. 401(K) - EKSPORT Stars | A | Dividend | | | Sold | 04/26/11 | J | A | |
| 38. 401(K) - Bank of Am. | A | Dividend | J | T | | | | | |
| 39. 401(K) - Pimco Bond C. | A | Dividend | K | T | Buy | 04/25/11 | K | | |
| 40. 401(K) - Dreyfus Int'l Bond | A | Dividend | L | T | Buy | 09/14/11 | L | | |
| 41. 401(K) - Goldman St. Inc. | A | Dividend | K | T | Buy | 11/15/11 | K | | |
| 42. M- Dreyfus Bond Fund | A | Dividend | K | T | Buy | 04/14/11 | K | | |
| 43. M - I Shares Silver | A | Dividend | K | T | Buy | 11/15/11 | K | | |
| 44. 401(K) - JH Rainer | A | Dividend | J | T | Buy | 01/12/11 | J | | |
| 45. 401(K) - Blackrock Cap. | A | Dividend | K | T | Buy | 01/12/11 | J | | |
| 46. 401(K) - Gabelli Gold | A | Dividend | J | T | Buy | 01/26/11 | K | | |
| 47. 401(K) - Am Global Bal. | A | Dividend | J | T | Buy | 04/21/11 | K | | |
| 48. 401(K) - Goldman Equity | A | Dividend | J | T | Buy | 04/21/11 | J | | |
| 49. Jt - JP Morgan Int. Tax | A | Dividend | J | T | Buy | 03/25/11 | K | | |
| 50. Jt - SPDR Gold | A | Dividend | | | Buy | 03/25/11 | K | | |
| 51. Jt - I Shares Silver | A | Dividend | K | T | Buy | 03/25/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 8/8/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Jt - Barclays PLC | A | Dividend | K | T | Buy | 03/25/11 | K | | |
| 53. Jt - I Shares Silver | A | Dividend | | | Sold | 04/29/11 | J | A | |
| 54. Jt - SPDR Gold | A | Dividend | | | Buy | 04/29/11 | J | | |
| 55. Jt - Eaton Str. Inc. | A | Dividend | K | T | Buy | 05/04/11 | K | | |
| 56. Jt - 1st Eagle Global | A | Dividend | K | T | Buy | 05/04/11 | K | | |
| 57. Jt - Pimco Uncon. Bond | A | Dividend | K | T | Buy | 05/04/11 | K | | |
| 58. Jt - Am Infl. Bond | A | Dividend | K | T | Buy | 05/04/11 | K | | |
| 59. Jt - SPDR Gold | A | Dividend | | | Sold | 09/07/11 | K | A | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R. | 8/8/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur R. Randolph**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544